Search for Louisiana Business Filings 4/23/18, 3:34 PM

# Louisiana SECRETARY OF STATE TOM SCHEDLER

(https://www.sos.la.gov/Pages/default.aspx)



Search for Louisiana Business Filings

(https://www.sos.la.gov/Pages/default.aspx)

**HOME**
(https://www.sos.la.gov/Pages/default.aspx)

Effective January 1, 2018, business owners in the following parishes will be required to file all available business documents online through geauxBIZ: Ascension, Bossier, Caddo, Calcasieu, East Baton Rouge, Jefferson, Lafayette, Livingston, Orleans, Ouachita, Rapides, St. Tammany, Tangipahoa and Terrebonne.

Buy Certificates and Certified Copies | Subscribe to Electronic Notification | Print Detailed Record

| Name | Type | City | Status |
|---|---|---|---|
| ZEUS CAFE, INC. | Business Corporation | LAFAYETTE | Active |

**Previous Names**
**Business:** ZEUS CAFE, INC.
**Charter Number:** 35692117D
**Registration Date:** 4/23/2004
**Domicile Address**
    3809 AMBASSADOR CAFFERY PKWY., STE. 135-C
    LAFAYETTE, LA 70503
**Mailing Address**
    PO BOX 52488
    LAFAYETTE, LA 70505
**Principal Office Address**
    3809 AMBASSADOR CAFFERY PKWY., STE. 135-C
    LAFAYETTE, LA 70503

**Status**
**Status:** Active
**Annual Report Status:** In Good Standing
**File Date:** 4/23/2004
**Last Report Filed:** 3/26/2018
**Type:** Business Corporation

**Registered Agent(s)**

| Agent: | NIDAL BALBEISI |
|---|---|
| Address 1: | 108 PARK CENTER DR |
| City, State, Zip: | BROUSSARD, LA 70518 |
| Appointment Date: | 3/25/2013 |

**Officer(s)**  Additional Officers: No

| Officer: | NIDAL BALBEISI |
|---|---|
| Title: | Director |
| Address 1: | 108 PARK CENTER DR |
| City, State, Zip: | BROUSSARD, LA 70518 |

https://coraweb.sos.la.gov/CommercialSearch/CommercialSearchDetails.aspx?CharterID=656038_2541DEFC01      Page 1 of 2

**EXHIBIT A**

**Amendments on File**
**No Amendments on file**

Back to Search Results | New Search | View Shopping Cart

© 2018 Louisiana Department of State