# Louisiana SECRETARY OF STATE TOM SCHEDLER

(https://www.sos.la.gov/Pages/default.aspx)



## Search for Louisiana Business Filings

(https://www.sos.la.gov/Pages/default.aspx)

**HOME**
(https://www.sos.la.gov/Pages/default.aspx)

Effective January 1, 2018, business owners in the following parishes will be required to file all available business documents online through geauxBIZ: Ascension, Bossier, Caddo, Calcasieu, East Baton Rouge, Jefferson, Lafayette, Livingston, Orleans, Ouachita, Rapides, St. Tammany, Tangipahoa and Terrebonne.

Buy Certificates and Certified Copies | Subscribe to Electronic Notification | Print Detailed Record

| Name | Type | City | Status |
|---|---|---|---|
| ZEUS MEDITERRANEAN, L.L.C. | Limited Liability Company | BROUSSARD | Active |

**Previous Names**
**Business:** ZEUS MEDITERRANEAN, L.L.C.
**Charter Number:** 41384258K
**Registration Date:** 1/2/2014
**Domicile Address**
    108 PARK CENTER
    BROUSSARD, LA 70518
**Mailing Address**
    P.O. BOX 52488
    LAFAYETTE, LA 70505

**Status**
**Status:** Active
**Annual Report Status:** In Good Standing
**File Date:** 1/2/2014
**Last Report Filed:** 12/15/2017
**Type:** Limited Liability Company

**Registered Agent(s)**

| Agent: | NIDAL A. BALBEISI |
|---|---|
| Address 1: | 104 WATER OAK DR |
| City, State, Zip: | LAFAYETTE, LA 70503 |
| Appointment Date: | 1/2/2014 |

**Officer(s)**                                                                                                                                                                                                                                                                 **Additional Officers:** No

| Officer: | NIDAL A. BALBEISI |
|---|---|
| Title: | Manager |
| Address 1: | 104 WATER OAK DR |
| City, State, Zip: | LAFAYETTE, LA 70503 |

**Amendments on File**
**No Amendments on file**

**EXHIBIT B**

| Back to Search Results | New Search | View Shopping Cart |

©  2018 Louisiana Department of State