


(https://www.sos.la.gov/Pages/default.aspx)         Search for Louisiana Business Filings

(https://www.sos.la.gov/Pages/default.aspx)

**HOME**
(https://www.sos.la.gov/Pages/default.aspx)

Effective January 1, 2018, business owners in the following parishes will be required to file all available business documents online through geauxBIZ: Ascension, Bossier, Caddo, Calcasieu, East Baton Rouge, Jefferson, Lafayette, Livingston, Orleans, Ouachita, Rapides, St. Tammany, Tangipahoa and Terrebonne.

Buy Certificates and Certified Copies | Subscribe to Electronic Notification | Print Detailed Record

| Name | Type | City | Status |
|---|---|---|---|
| ZEUS, UL, L.L.C. | Limited Liability Company | LAFAYETTE | Active |

**Previous Names**
Business: ZEUS, UL, L.L.C.
Charter Number: 36638089K
Registration Date: 1/15/2008
**Domicile Address**
271 E. LEWIS ST.
LAFAYETTE, LA 70503
**Mailing Address**
P.O. BOX 52488
LAFAYETTE, LA 705052488
**Status**
Status: Active
Annual Report Status: In Good Standing
File Date: 1/15/2008
Last Report Filed: 12/22/2017
Type: Limited Liability Company

**Registered Agent(s)**

| Agent: | NIDAL BALBEISI |
|---|---|
| Address 1: | 108 PARK CENTER DR |
| City, State, Zip: | BROUSSARD, LA 70518 |
| Appointment Date: | 1/15/2008 |

**Officer(s)**                                                                                          Additional Officers: No

| Officer: | NIDAL BALBEISI |
|---|---|
| Title: | Manager |
| Address 1: | 108 PARK CENTER DR |
| City, State, Zip: | BROUSSARD, LA 70518 |

**Amendments on File**
No Amendments on file



| Back to Search Results | New Search | View Shopping Cart |

©  2018 Louisiana Department of State