


(https://www.sos.la.gov/Pages/default.aspx)   Search for Louisiana Business Filings

**HOME**
(https://www.sos.la.gov/Pages/default.aspx)

Effective January 1, 2018, business owners in the following parishes will be required to file all available business documents online through geauxBIZ: Ascension, Bossier, Caddo, Calcasieu, East Baton Rouge, Jefferson, Lafayette, Livingston, Orleans, Ouachita, Rapides, St. Tammany, Tangipahoa and Terrebonne.

Buy Certificates and Certified Copies | Subscribe to Electronic Notification | Print Detailed Record

| Name | Type | City | Status |
|---|---|---|---|
| ZEUS CAFE NEW ORLEANS, LLC | Limited Liability Company | LAFAYETTE | Active |

**Previous Names**
**Business:** ZEUS CAFE NEW ORLEANS, LLC
**Charter Number:** 40551223K
**Registration Date:** 6/30/2011
**Domicile Address**
104 WATER OAKS DRIVE
LAFAYETTE, LA 70503
**Mailing Address**
C/O NIDAL BALBEISI
P.O. BOX 52488
LAFAYETTE, LA 70505
**Status**
**Status:** Active
**Annual Report Status:** In Good Standing
**File Date:** 6/30/2011
**Last Report Filed:** 6/8/2017
**Type:** Limited Liability Company

**Registered Agent(s)**

| Agent: | NIDAL BALBEISI |
|---|---|
| Address 1: | 108 PARK CENTER DR |
| City, State, Zip: | BROUSSARD, LA 70518 |
| Appointment Date: | 6/30/2011 |

**Officer(s)**                                                                                                 Additional Officers: No

| Officer: | NIDAL BALBEISI |
|---|---|
| Title: | Member |
| Address 1: | 108 PARK CENTER DR |
| City, State, Zip: | BROUSSARD, LA 70518 |

**Amendments on File**
No Amendments on file

EXHIBIT D

Back to Search Results | New Search | View Shopping Cart

© 2018 Louisiana Department of State