


(https://www.sos.la.gov/Pages/default.aspx)     Search for Louisiana Business Filings

(https://www.sos.la.gov/Pages/default.aspx)
**HOME**
(https://www.sos.la.gov/Pages/default.aspx)

Effective January 1, 2018, business owners in the following parishes will be required to file all available business documents online through geauxBIZ: Ascension, Bossier, Caddo, Calcasieu, East Baton Rouge, Jefferson, Lafayette, Livingston, Orleans, Ouachita, Rapides, St. Tammany, Tangipahoa and Terrebonne.

Buy Certificates and Certified Copies | Subscribe to Electronic Notification | Print Detailed Record

| Name | Type | City | Status |
|---|---|---|---|
| BALBEISI FOOD SERVICES, LLC | Limited Liability Company | BROUSSARD | Active |

**Previous Names**
| | |
|---|---|
| Business: | BALBEISI FOOD SERVICES, LLC |
| Charter Number: | 41115673K |
| Registration Date: | 3/15/2013 |

**Domicile Address**
108 PARK CENTER DRIVE
BROUSSARD, LA 70518

**Mailing Address**
P.O. BOX 52488
LAFAYETTE, LA 70505

**Status**
| | |
|---|---|
| Status: | Active |
| Annual Report Status: | In Good Standing |
| File Date: | 3/15/2013 |
| Last Report Filed: | 2/21/2018 |
| Type: | Limited Liability Company |

**Registered Agent(s)**

| Agent: | NIDAL BALBEISI |
|---|---|
| Address 1: | 104 WATER OAKS DR |
| City, State, Zip: | LAFAYETTE, LA 70503 |
| Appointment Date: | 3/15/2013 |

**Officer(s)**                                                                                                          Additional Officers: No

| Officer: | NIDAL BALBEISI |
|---|---|
| Title: | Member, Manager |
| Address 1: | 104 WATER OAKS DR |
| City, State, Zip: | LAFAYETTE, LA 70503 |

**Amendments on File**
No Amendments on file



Back to Search Results | New Search | View Shopping Cart

©  2018 Louisiana Department of State