

# Louisiana SECRETARY OF STATE TOM SCHEDLER

(https://www.sos.la.gov/Pages/default.aspx)

Search for Louisiana Business Filings

(https://www.sos.la.gov/Pages/default.aspx)

**HOME**
(https://www.sos.la.gov/Pages/default.aspx)

Effective January 1, 2018, business owners in the following parishes will be required to file all available business documents online through geauxBIZ: Ascension, Bossier, Caddo, Calcasieu, East Baton Rouge, Jefferson, Lafayette, Livingston, Orleans, Ouachita, Rapides, St. Tammany, Tangipahoa and Terrebonne.

Buy Certificates and Certified Copies | Subscribe to Electronic Notification | Print Detailed Record

| Name | Type | City | Status |
|---|---|---|---|
| BALBEISI RESTAURANT GROUP, INC. | Business Corporation | LAFAYETTE | Active |

**Previous Names**
  BALBEISI BUSINESS CONSULTANTS, INC. (Changed: 11/21/2014)
  BALBEISI BUSINESS CONSULTING, INC. (Changed: 9/14/2010)

| | |
|---|---|
| **Business:** | BALBEISI RESTAURANT GROUP, INC. |
| **Charter Number:** | 36392173D |
| **Registration Date:** | 2/26/2007 |

**Domicile Address**
  104 WATER OAK
  LAFAYETTE, LA 70503

**Mailing Address**
  C/O NIDAL BALBEISI
  P.O. BOX 52488
  LAFAYETTE, LA 70505

**Principal Office Address**
  104 WATER OAK
  LAFAYETTE, LA 70503

**Status**

| | |
|---|---|
| **Status:** | Active |
| **Annual Report Status:** | In Good Standing |
| **File Date:** | 2/26/2007 |
| **Last Report Filed:** | 2/6/2018 |
| **Type:** | Business Corporation |

**Registered Agent(s)**

| Agent: | NIDAL BALBEISI |
|---|---|
| Address 1: | 104 WATER OAK |
| City, State, Zip: | LAFAYETTE, LA 70503 |
| Appointment Date: | 2/26/2007 |

**Officer(s)**                                                                                                     Additional Officers: No

| Officer: | NIDAL BALBEISI |
|---|---|
| Title: | President, Director |
| Address 1: | 104 WATER OAK |



| City, State, Zip: | LAFAYETTE, LA 70503 |
|---|---|

**Amendments on File (2)**

| Description | Date |
|---|---|
| Name Change | 9/14/2010 |
| Name Change | 11/21/2014 |

Back to Search Results | New Search | View Shopping Cart

© 2018 Louisiana Department of State