UNITED STATES DISTRICT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LAUREN CUNNINGHAM | CIVIL ACTION NO. 18-CV-00558-UDJ-CBW |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| ZEUS CAFE, INC., ZEUS MEDITERRANEAN, LLC, ZEUS, UL, LLC, ZEUS CAFE NEW ORLEANS, LLC BALBEISI FOOD SERVICES, LLC, BALBEISI RESTAURANT GROUP, INC., NIDAL BALBEISI and AMJAD AL-BAQAIN | MAGISTRATE JUDGE WHITEHURST *Electronically Filed* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) AND/OR MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes and appears Defendant, Amjad Al-Baqain ("Al-Baqain"), who hereby moves this Court for a judgment and/or summary judgment dismissing the claims for damages asserted by Plaintiff; all on the grounds set forth in the accompanying Memorandum in Support of Motion to Dismiss Pursuant to Rule 12(b)(6) and/or Motion for Summary Judgment.

Respectfully submitted,

**SCOFIELD & RIVERA, L.L.C**

BY: *s/Bryan D. Scofield*
    **BRYAN D. SCOFIELD - #19147**
    **JAMES T. RIVERA - #23913**
    **JESSICA L. MARCHAND - #34160**
    100 E. Vermilion, Suite 301
    Post Office Box 4422
    Lafayette, Louisiana 70502
    (337) 235-5353
**ATTORNEYS FOR** Amjad Al-Baqain

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has this date been filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the court's electronic filing system.

Lafayette, Louisiana, this 10th day of August, 2018.

*s/Bryan D. Scofield*
**BRYAN D. SCOFIELD - #19147**