UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LAUREN CUNNINGHAM | CIVIL ACTION NO. 18-0558 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ZEUS CAFÉ, INC., ZEUS MEDITERRANEAN, LLC, ZEUS, UL, LLC, ZEUS CAFÉ NEW ORLEANS, LLC, BALBEISI FOOD SERVICES, LLC, BALBEISI RESTAURANT GROUP, INC., NIDAL BALBEISI and AMJAD AL-BAQAIN | MAGISTRATE JUDGE WHITEHURST |

**ORDER**

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Motion To Dismiss Pursuant To Rule 12(b)(6) And/Or Motion For Summary Judgment (Record Document 18) filed by defendant, Amjad Al-Baqain, be and is hereby **GRANTED IN PART** and **DENIED IN PART**. The motion is **GRANTED** to the extent that it seeks dismissal of any claims the plaintiff may have made pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e), et seq., the Louisiana Human Rights Act, La. R.S. 51:2231, et seq., or 42 U.S.C. § 1981 against Amjad Al-Baqain, and these claims are **DISMISSED WITH PREJUDICE**. The motion is **DENIED** in all other respects.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 21st day of September, 2018.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT