**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LAUREN CUNNINGHAM** | **DOCKET NO.: 6:18-cv-00558** |
| v. | **JUDGE S. MAURICE, HICKS, JR.** |
| **ZEUS CAFÉ, INC., ET. AL.** | **MAGISTRATE WHITEHURST** |

### JOINT STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff, LAUREN CUNNINGHAM, and Defendants, ZEUS CAFÉ, INC.; ZEUS MEDITERRANEAN, LLC; ZEUS, UL, LLC; ZEUS CAFÉ NEW ORLEANS, LLC; BALBEISI FOOD SERVICES, LLC; and BALBEISI RESTAURANT GROUP, INC., NIDAL BALBEISI, and AMJAD AL-BAQAIN, the parties appearing herein by and through their respective counsel, that the above-entitled and captioned lawsuit shall be dismissed, with prejudice, and in support thereof, the parties state all matters and issues in dispute as between Plaintiff and Defendants have been resolved; that each party shall bear their own expenses and attorney's fees; that each party shall bear their respective costs of court, and Plaintiff and Defendants do hereby join together and respectfully move this Court to enter a Judgment in conformity herewith.

Respectfully submitted,

L. CLAYTON BURGESS, A.P.L.C.

_____
L. Clayton Burgess
605 West Congress St.
Lafayette, LA 70501
Phone: (337) 234-7573
Counsel for Plaintiff, Lauren Cunningham

DAVIDSON, MEAUX, SONNIER,
McELLIGOTT, FONTENOT, GIDEON &
EDWARDS, LLP

_____
KYLE L. GIDEON, #14288
810 South Buchanan Street
Lafayette, LA 70502-2908
Phone: (337) 237-1660
Counsel for: Defendants, Zeus Café, Inc., Zeus
Mediterranean, LLC, Zeus, UL, LLC, Zeus Café
New Orleans, LLC, Balbeisi Food Services, LLC,
Balbeisi Restaurant Group and Nidal Balbeisi

SCOFIELD & RIVERA

_____
Bryan D. Scofield
100 E. Vermilion St., Ste. 301
Lafayette, LA 70502-4422
Phone: (337) 235-5353
Counsel for Amjad Al-Baqain