UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **LAUREN CUNNINGHAM** | **CIVIL ACTION NO.: 18-00558** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **ZEUS CAFÉ, INC., ZEUS MEDITERRANEAN, LLC, ZEUS, UL, LLC, ZEUS CAFÉ NEW ORLEANS, LLC, BALBEISI FOOD SERVICES, LLC, BALBEISI RESTAURANT GROUP, INC., NIDAL BALBEISI and AMJAD AL-BAQAIN** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

_____

## **JUDGMENT**

On motion of Plaintiff, LAUREN CUNNINGHAM, and Defendants, ZEUS CAFÉ, INC.; ZEUS MEDITERRANEAN, LLC; ZEUS, UL, LLC; ZEUS CAFÉ NEW ORLEANS, LLC; BALBEISI FOOD SERVICES, LLC; and BALBEISI RESTAURANT GROUP, INC., NIDAL BALBEISI, and AMJAD AL-BAQAIN, through undersigned counsel, and on suggesting to the Court that all of the issues in the above-captioned matter have been settled and compromised, and that the parties wish to dismiss all claims in the entire suit with full prejudice,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the suit of LAUREN CUNNINGHAM as against ZEUS CAFÉ, INC.; ZEUS MEDITERRANEAN, LLC; ZEUS, UL, LLC; ZEUS CAFÉ NEW ORLEANS, LLC; BALBEISI FOOD SERVICES, LLC; and BALBEISI RESTAURANT GROUP, INC., NIDAL BALBEISI, and AMJAD AL-BAQAIN be and the same is hereby **DISMISSED WITH PREJUDICE**.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party shall bear their own costs of court, expenses and attorney's fees.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this the 14th day of November, 2019.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE